**FILED**

MAY 1 9 2009

Clerk, U.S. District and
Bankruptcy Courts

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

Timothy Bolton, )
)
    Plaintiff, )
)
    v. )   Civil Action No.  **09 0923**
)
Frank Robles, )
)
    Defendant. )

## MEMORANDUM OPINION

The plaintiff has filed a pro se complaint and an application to proceed *in forma pauperis*. The Court will grant the application to proceed *in forma pauperis* and dismiss the complaint.

Plaintiff alleges, among other things, that a neurologist told him that plaintiff had a foreign object, a microchip transmitter, in his brain, and estimated that it had been in plaintiff's head since plaintiff was about two years old. Compl. at 3. Plaintiff seeks the neurologist's report, alleges that the neurologist has refused to provide the requested report, and plaintiff offers his suspicion that defendant, a detective with the San Diego Police Department, has convinced the neurologist not to release the report to plaintiff. Compl. at 4. As relief, plaintiff asks this court to authorize a hospital — preferably Georgetown [University] Hospital — to perform a CAT scan on plaintiff and to provide plaintiff with court-appointed counsel to assist in pursuing this matter. *Id.* As further relief, plaintiff wants the court to "reverse the guilty verdict on the alleged sales charged" and "have his record clear and/or expunged." *Id.*

This complaint presents precisely the sort of incoherent, "fantastic or delusional scenarios" that warrant dismissal. *Neitzke v. Williams*, 490 U.S. 319, 328 (1989). Accordingly,

this complaint will be dismissed under 28 U.S.C. § 1915(e)(2)(B)(*i*) (requiring dismissal of frivolous complaints that are filed by plaintiffs proceeding *in forma pauperis*).

A separate order accompanies this memorandum opinion.

United States District Judge

Date: 8 May 2009